# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2013

Robert P. Young, Jr.,
Chief Justice

146493

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 146493
COA: 311165
Wayne CC: 07-021446-01-FC

CHRISTOPHER OTIS WILLIAMS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 14, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. For purposes of MCR 6.502(G)(1), the Court notes that, although the defendant's application has been styled as a motion for relief from judgment by both the courts below as well as the defendant himself, the application actually sought leave to appeal the denial of his request for *reissuance* of his judgment under MCR 6.428. The application was properly denied due to the lack of merit in the grounds presented, though not under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2013



Clerk

h0918